FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL - 1 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY JHOVEN MARQUEZ

Criminal Indictment

No. 1:25-CR-0303

THE GRAND JURY CHARGES THAT:

### Count One

On or about March 24, 2025, in the Northern District of Georgia, the defendant, ANTHONY JHOVEN MARQUEZ, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a Smith and Wesson, Model M&P Shield Plus, 9mm caliber, semi-automatic pistol, said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(5).

### Count Two

On or about November 16, 2024, in the Northern District of Georgia, the defendant, ANTHONY JHOVEN MARQUEZ, in connection with the attempted acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented he was United States citizen, and separately stated that he

was not an alien illegally or unlawfully in the United States; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Forfeiture

Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, ANTHONY JHOVEN MARQUEZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of the offense(s).

If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A _____ True _____ BILL

_Michell K Meyers_
FOREPERSON

THEODORE HERTZBERG
*United States Attorney*

MATTHEW S. CARRICO
*Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3